# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MINNESOTA

International Union of Painters and Allied Trades,
District Council 82/Local Union #106,

        Plaintiff,

v.

Mesabi Glass, Window and Door, Inc.

        Defendant.

Case No.: 18-CV-2156 (WMW/LIB)

**AFFIDAVIT OF SERVICE
BY MAIL**

---

    I, Mary Conklin, being sworn, state that I am at least 18 years of age and that on September 5, 2018, I served the Notice of Voluntary Dismissal by Plaintiff upon:

Mr. Dave Anderson
Mesabi Glass, Window and Door Inc.
510 West 25th Street
Hibbing, MN 55746

by enclosing it in a properly addressed envelope, by depositing the same, with postage prepaid, in the United States Mail at 300 Lonsdale Building, 302 West Superior Street, Duluth, Minnesota, 55802.

                                        Mary Conklin

Subscribed and sworn to before me
this 5th day of September, 2018.

Notary Public

LORI KAREN ALLGOOD
Notary Public-Minnesota
My Commission Expires Jan 31, 2020